NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael a Younge, SB 170929
Law Office of Michael A Younge
24881 Alicia Parkway, Suite E541
Laguna Hills, CA 92653
Ph  714-299-7406
Fax 714-276-1443
email: youngelaw@aol.com

**CLEAR FORM**

ATTORNEY(S) FOR:  Lebohang Morake, Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LEBOHANG MORAKE

Plaintiff(s),

v.

LEARNMORE MWANYENYEKA

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Lebohang Morake, Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| LEBOHANG MORAKE | PLAINTIFF |
| LEARNMORE MWANYENYEKA | DEFENDANT |

03/16/2026

Date

/s/Michael A Younge

Signature

Attorney of record for (or name of party appearing in pro per):

Lebohang Morake, Plaintiff

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES