Bryan M. Sullivan, State Bar Number 209743
  *bsullivan@earlysullivan.com*
Zachary C. Hansen, State Bar Number 325128
  *zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for DEFENDANT
LEARNMORE MWANYENYEKA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEBOHANG MORAKE, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>LEARNMORE MWANYENYEKA, an individual,<br><br>        Defendant. | Case No. 2:26-cv-02795-JLS-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS PURSUANT TO LOCAL RULE 8-3**<br><br>Complaint Served:        March 20, 2026<br>Current Response Date: April 10, 2026<br>New Response Date:      May 8, 2026<br><br>District Judge: Hon. Josephine L. Staton<br>Magistrate Judge: Hon. Alka Sagar |

5843359.1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS PURSUANT TO LOCAL RULE 8-3**

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
ATTORNEYS AT LAW

**PLEASE TAKE NOTICE** that Plaintiff Lebohang Morake ("Plaintiff") and Defendant Learnmore Mwanyenyeka ("Defendant"), by and through their respective counsel of record, hereby jointly stipulate to a 28-day extension of the deadline for Defendant to respond to Plaintiff's Complaint, thereby extending that deadline from April 10, 2026 to May 8, 2026, pursuant to Central District of California Local Rule 8-3.

Dated:  April 6, 2026          By: _____

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

*Attorneys for Defendant*
*Learnmore Mwanyenyeka*

Dated:  April 6, 2026          By: /s/Michael A Younge

MICHAEL A YOUNGE (State Bar No. 170929)
youngelaw@aol.com
LAW OFFICE OF MICHAEL A YOUNGE
24881 Alicia Parkway, Suite E541
Laguna Hills, California 92653
Telephone: (714) 299-7406
Facsimile: (714) 276-1443

*Attorneys for Plaintiff*
*Lebohang Morake*



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

5843359.1                                  2

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS PURSUANT TO LOCAL RULE 8-3**