Bryan M. Sullivan, State Bar Number 209743
  bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for DEFENDANT
LEARNMORE MWANYENYEKA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEBOHANG MORAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEARNMORE MWANYENYEKA, an individual,<br><br>Defendant. | Case No. 2:26-cv-02795-JLS-AS<br><br>**DEFENDANT LEARNMORE MWANYENYEKA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION UNDER SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE  AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:  June 26, 2026<br>Time: 10:30 a.m.<br>Ctrm.: 8A<br><br>[*Notice of Motion and Motion; Declaration of Learnmore Mwanyekyeka; Declaration of Bryan M. Sullivan; Declaration of Zachary C. Hansen; and [Proposed] Order filed and served concurrently herewith*]<br><br>District Judge: Hon. Josephine L. Staton<br>Magistrate Judge: Hon. Alka Sagar |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

5846568.1

**REQUEST FOR JUDICIAL NOTICE ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS**

**<u>REQUEST FOR JUDICIAL NOTICE</u>**

Defendant Learnmore Mwanyenyeka (aka Learnmore Jonasi) ("Jonasi"), through his attorneys of record, respectfully request that the Court take judicial notice under Federal Rule of Evidence 201 of the following documents attached hereto and described in greater detail below.

**<u>DOCUMENTS TO BE JUDICIALLY NOTICED</u>**

1.    Attached hereto as **Exhibit "A"** is true and correct link to the February 25, 2026 One54 Africa Podcast episode which forms the basis of Plaintiff Lebohang Morake's ("Plaintiff") Complaint (accessed on May 1, 2026 at https://www.youtube.com/watch?v=1_t_-0nmpLo)

2.    Attached hereto as **Exhibit "B"** is true and correct January 22, 2018 article from Business Insider entitled "Bet you had no idea what the words mean in the 'Lion King' intro song" which can be fund at the following link: www.businessinsider.com/circle-of-life-english-translation-lion-king-2016-7.

3.    Attached hereto as **Exhibit "C"** is true and correct July 22, 2019 article from ClassicFM entitled "We translated The Lion King's 'Circle of Life' lyrics into English – and they're not what you'd expect" which can be found at the following link: www.classicfm.com/discover-music/circle-of-life-english-lyrics-lion-king/.

4.    Attached hereto as **Exhibit "D"** is a printout from Lyrics Translate website showing a translation of the Zulu words in the song Circle of Life from "The Lion King."

5.    Attached hereto as **Exhibit "E"** is a printout from Google Translate website showing a translation of the Zulu words in the song Circle of Life from "The Lion King."

6.    Attached hereto as **Exhibit "F"** is a printout from Microsoft Copilot website showing a translation of the Zulu words in the song Circle of Life from "The Lion King."

///

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

5846568.1

2

Jonasi respectfully requests that the Court take judicial of the foregoing materials for the reasons stated below.

## ANALYSIS

A court may take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information. See Fed. R. Evid. 201(c)(2). "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). In *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010), the Ninth Circuit held that courts may take judicial notice of publications, including newspaper articles, to indicate what was in the public realm at the time, but not to establish the truth of the contents of those articles. The Van Saher Court held that this principle aligns with the standards set forth in Federal Rule of Evidence 201(b), which permits judicial notice of facts that are not subject to reasonable dispute because they are either generally known or can be accurately and readily determined from reliable sources. *Id.; see also* In re Kalobios Pharms., Inc. Secs. Litig., 258 F. Supp. 3d 999 (2017) (judicial notice of news articles is appropriate in securities fraud cases to show that the market was aware of the information contained in the articles); *In re Intel Corp. Secs. Litig.*, 2019 U.S. Dist. LEXIS 54615, *19 (N.D. Cal. 2019) (court took judicial notice of a newspaper article not for the truth of its content but to indicate what was in the public realm at the time). The Ninth Circuit has also stated that judicial notice may be taken of the fact that news articles discussing certain topics were published, as this fact is not reasonably subject to dispute. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999-1000 (9th Cir. 2018) (the existence of a document (such as a news article) may be judicially noticeable). All of the documents requested to be judicially noticed fall under the foregoing law as follows:

- Exhibit "A" is the Podcast which forms the basis of Plaintiff's Complaint and can be readily viewed at the link set forth above.

- Exhibits "B" and "C" are newspaper articles that Defendant is requesting be judicially noticeable to demonstrate the existence or availability of the translation he gave for the song lyric was in the public domain before he made the appeared on the podcast.

- Exhibits "D," "E", and "F" are printouts of translations from Lyrics Translate, Google Translate, and Microsoft Co-Pilot that Defendant is requesting be judicially noticeable to demonstrate that other sources of the translation he gave for the song lyric existed.

Accordingly, Jonasi respectfully request that the Court take judicial notice of Exhibits "A" – "F".

Dated:  May 5, 2026                           By:_____

BRYAN M. SULLIVAN
(State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN
(State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

*Attorneys for Defendant*
*Learnmore Mwanyenyeka*

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

5846568.1

4

**REQUEST FOR JUDICIAL NOTICE ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS**