# EXHIBIT A

Link: https://www.youtube.com/watch?v=1_t_-0nmpLo

