# EXHIBIT C

4/6/26, 3:37 PM
Case 2:26-cv-02795-JLS-AS   Document 13-4   Filed 05/05/26   Page 2 of 27   Page ID
#:92
We translated The Lion King's 'Circle of Life' lyrics into English – and the ve... - Classic FM

Register  |  Sign in



Home

Radio

News

Discover Music

Composers

Artists

Win

Store

Charity

Podcasts

Events

Dating

Sign in / Register

Follow us on:

Follow Classic FM on Facebook     Follow Classic FM on Instagram

Follow Classic FM on Youtube

Discover Music                                           More

Discover Music Home
Periods & Genres
Occasions
Mood
Instruments

Case 2:26-cv-02795-JLS-AS Document 13-4 Filed 05/05/26 Page 3 of 27 Page ID #:93

Music Theory
Music Education
Humour
Women in Music
Lyrics
« MORE CLASSIC FM

# We translated The Lion King's 'Circle of Life' lyrics into English – and they're not what you'd expect

22 July 2019, 17:29 | Updated: 27 February 2026, 15:15



Hans Zimmer on The Lion King score: 'Th...

By Maddy Shaw Roberts



**It's one of the greatest Disney songs in history, and Elton John and Lebo M. have just breathed new life into it. But what do the opening Zulu lyrics mean in English?**

'The Circle of Life', the opening call in *The Lion King*, marks the moment the young Simba is held up by Rafiki for all the animals of Pride Rock to see.

And it perfectly sets the tone for the remarkable African-influenced score for the Disney classic. While 'The Circle of Life' is mostly sung in English, the chorus number opens with and is underpinned by a few memorable lines of Zulu.

"It was unusual for them to suddenly have an African voice over the opening titles," composer Hans Zimmer **told** Classic FM at the film's press junket in London.

**Read more:** **What does 'Hakuna Matata' in The Lion King actually mean?**

AdChoices ▷      Sponsored

Hans Zimmer - The Lion King Suite



## So, what are the opening lyrics to 'Circle of Life'?

The lyrics, written in Zulu and sung by the great South African composer Lebo M., read as follows:

'Nants ingonyama bagithi Baba Sithi uhm ingonyama.

'Nants ingonyama bagithi baba Sithi uhhmm ingonyama Ingonyama Siyo Nqoba Ingonyama Ingonyama nengw' enamabala'

Carmen Twillie, Lebo M. - Circle Of Lif...

## And here's how they translate:

'Here comes a lion, father, Oh yes it's a lion.

'Here comes a lion, father, Oh yes it's a lion. A lion we're going to conquer, a lion, a lion and a leopard come to this open place.'

... that's it.



via GIPHY

Billy Eichner and **Seth Rogen**, who play Timon and Pumbaa in the remake of the Disney movie, rinsed the translation in **an interview** on Capital, Classic FM's sister station, calling the lyrics 'lazily written' and saying they 'weren't hugely creative'.

They might have a point. Won't stop us from singing along to it, though...

*Sponsored Content*



Don't Moisturize Crepe Skin! Tighten It With This Household Item Instead

**Anti-Aging Research Center**



Why Standing Up Gets Harder After 60

**dailyhealthdigital.com**



## 56-Year-Old Replaced $21,500 Facelift With This $38 Drugstore Item

**The Skincare Magazine**



## Stop Wasting Groceries: The Fridge Mistake Most Households Make

**Consumer Check**



## Audience boos as Royal Opera head of music valiantly steps in for sick...



## Sorry, Timothée Chalamet, it seems like the world does love oper...



## Moisturizer Won't Tighten Skin! Use This Household Item Instead

She stopped using her moisturizer and tried this...
**Anti-Aging Center**



## If Moles or Skin Tags Have Been on Your Mind Lately, Read This

Do This Immediately If You Have Skin Tags Or Moles! (It's...
**Skincare News**



## Black Mold Spots On Bathroom Caulk? Try This $25 Fix Before Scrubbing

Consumer World

## Can You Recognize These Famous Faces From the Golden Age of Film Noir?

Smartes

## Discover music

See more »



RAYE used a 300-year-old Baroque music sample on her new album

*Vivaldi »*



Man charged with theft of £150,000 violin from north London pub

14 days ago



All the Oscar-winning film scores from the last 60 years

*Oscars »*



Josh Groban sings to the tune of 'Zadok the Priest' for operatic Oscars opening sketch

*Handel »*



Ludwig Göransson dedicates third Oscar win to his dad after scooping Best OriginalLudwig Göransson dedicates third Oscar win to his dad after scooping Best Original Score for 'Sinners'

21 days ago



Who is Josh Groban? Oscars performance, songs, girlfriend and everything you need to know

*Josh Groban* »

## Best classical music

**See more »**



The 15 most famous tunes in classical music



The 15 greatest symphonies of all time



The 4 eras of classical music: a quick guide



The 25 greatest conductors of all time



The 30 greatest classical music composers of all time

## Classic FM Live Playlists

**See more »**

4/6/26, 3:37 PM    Case 2:26-cv-02795-JLS-AS    Document 13-4    Filed 05/05/26    Page 10 of 27    Page
We translated The Lion King's 'Circle of Life' lyrics into English – and they're... - Classic FM
ID #:100



External link »

Classic FM Hall of Fame



External link »

Classic FM Revision



Classic FM Relax



External link »

Classic FM Pet Classics

4/6/26, 3:37 PM
Case 2:26-cv-02795-JLS-AS    Document 13-4    Filed 05/05/26    Page 14 of 27    Page
We translated The Lion King's 'Circle of Life' lyrics into English - and they... - Classic FM
ID #:104



Classic FM Movie Music Hall of Fame



Classic FM's Baby Bedtime

## Browse by

See more »



Periods & genres



Occasions

4/6/26, 3:37 PM
Case 2:26-cv-02795-JLS-AS  Document 13-4  Filed 05/05/26  Page 16 of 27  Page
ID #:106
We translated The Lion King's 'Circle of Life' lyrics into English – and they... - Classic FM



Moods



Instruments

## *Mood*

See more »



Studying



Relaxing



Happy



Epic



Romantic



Baby

## Occasions

See more »



Wedding



Memorial



Valentine's Day

4/6/26, 3:37 PM
Case 2:26-cv-02795-JLS-AS    Document 13-4    Filed 05/05/26    Page 25 of 27    Page
ID #:115
We translated The Lion King's 'Circle of Life' lyrics into English - and they're... - Classic FM



Christmas

## Latest on Classic FM



Comedian Tom Allen joins Classic FM to present new 'Totally Outrageous' series



Viral 'Queen of the Night' soprano who just made her Met Opera debut dies aged 37



Win the ultimate Einaudi experience for two

*Win »*

92-year-old Nancy, original star of 1968 Oliver! film, sings phenomenal 'As Long as He Needs Me'



*Videos* »



Sorry, Timothée Chalamet, it seems like the world does love opera and ballet...



Classic FM Live with Viking returns to the Royal Albert Hall in April 2026!

*Events* »



Katherine Jenkins joins Classic FM to host special programme on International Women's Day

*Katherine Jenkins* »



Who are the new musical mentors for Season 4 of The Piano?



Orchestra of teenagers performs to 3,000 students at Blackpool Tower Ballroom

*NYO* »



Classic FM's Rising Stars 2026: celebrating 30 inspiring classical musicians under 30

## Back to top

*Also on Classic FM*

Listen to Global Player          Classic FM Breakfast with Dan Walker          John Williams

Alexander Armstrong on Classic FM          Quizzes          Leonard Bernstein

Mozart          Debussy          Music theory          Instruments          Classic FM Live

Brahms          Vivaldi          Bach          Tchaikovsky          Chopin          Andrea Bocelli

Florence Price          Beethoven          Best classical music          Classic FM Requests

Best pianists          Harry Potter music          Star Wars soundtrack

Composer or pasta          Music for Studying          Best violinists

Classical music tearjerkers          Relaxing classical

## Useful Links

Contact Us          Help

How To Listen          About Classic FM

Company Details          Cookies

Privacy          Terms & Conditions

Advertise          Global Careers

Smooth Spins          Heart Bingo

## Download the app

          

## Follow Us

© Global 2026     30 Leicester Square, London, WC2H 7LA