# EXHIBIT D



Search for Artist or Lyrics



# Circle of Life/Nants' Ingonyama - English translation



**The Lion King (OST) [2019]**   feat.   **Lebo M**   [ **Lindiwe Mkhize** ]

♪ Circle of Life/Nants' Ingonyama        文A 4        ⓘ 2



▶ —  Play "Circle of Life/Na..."
on Amazon Music Unlimited (ad)  🔊

|  |  |  |  |
|---|---|---|---|
| ▉▉ **View** | **Video** | 🔗 **Share** | ⋮ **More** |

| Original lyrics | | Translation | |
|---|---|---|---|
| English, Zulu ⌄ | ✕  ⇄ | English ⌄ | ✕ |

### Circle of Life/Nants' Ingonyama

Nants ingonyama bagithi Baba
Sithi uhm ingonyama

Nants ingonyama bagithi baba
Sithi uhhmm ingonyama

Ingonyama
Siyo Nqoba

Ingonyama...
Ingonyama nengw' enamabala

### Circle of Life/There's a Lion

Here comes a lion, Father
Oh yes, it's a lion

Here comes a lion, Father
Oh yes, it's a lion

A lion
We're going to conquer

A lion
A lion and a leopard come to this open



Talent you don't

From that day we arrived on the planet
And blinking, stepped into the sun
There's more to see than can ever be
seen
More to do than can ever be done

There's far too much to take in here
More to find than can ever be found
But the sun rolling high through the
sapphire sky
Keeps great and small on the endless
round
It's the circle of life
And it moves us all
Through despair and hope
Through faith and love
'Til we find our place
On the path unwinding
In the circle, the circle of life


(Ingonyama nengw' enamabala
Ingonyama nengw' enamabala...)

It's the circle of life
And it moves us all
Through despair and hope
Through faith and love
'Til we find our place

A lion and a leopard come to this open
place
From that day we arrived on the planet
And blinking, stepped into the sun
There's more to see than can ever be
seen
More to do than can ever be done

There's far too much to take in here
More to find than can ever be found
But the sun rolling high through the
sapphire sky
Keeps great and small on the endless
round
It's the circle of life
And it moves us all
Through despair and hope
Through faith and love
'Til we find our place
On the path unwinding
In the circle, the circle of life


(A lion and a leopard come to this
open place
A lion and a leopard come to this open
place...)
It's the circle of life
And it moves us all
Through despair and hope
Through faith and love
'Til we find our place

**Say thanks** ❤️

---

🔗 **Copy link**    ⓕ    𝕏

---

## ⇕ SONG DETAILS

## ⤬ TRANSLATION DETAILS

Нгдава Лиивањ

🟢 ngdawa    submitted on 26 Mar 2020 - 10:34

## Author's comments:

Translation of the Zulu part.

---



▶ —  **Play "Circle of Life/Na..."**
on Amazon Music Unlimited (ad)    🔊

Case 2:26-cv-02795-JLS-AS   Document 13-5   Filed 05/05/26   Page 5 of 7   Page ID #:122

English     French     Spanish

# The Lion King (OST) [2019] TOP 3



**In de jungle [The Lion Sleeps Tonight]**

1



**Hakuna Matata**

2



**హకునా మటాట [Hakuna Matata] (Hakuna Matata)**

3

Russia is waging a disgraceful war on Ukraine.

**How you can support Ukraine**  💙 🧡

**ABOUT TRANSLATOR**



ngdawa

Super Member

ngdawa

Contributions

- 55 translations
- 41 songs

- left 93 comments
- 544 transliterations
- 1519 thanks received

Native
Other

Fluent
Danish, English, Norwegian, Other, Swedish

Beginner
Afrikaans, Chinese, Dutch, Korean, Latvian, Russian, Transliteration, Uyghur, Zulu

**⚲ Say thanks**          👥 1519

View profile ›

⊡ **Request translation**

Translate

Home  /  T  /  The Lion King (OST) [2019]  /  Circle of Life/Nants' Ingonyama  /  English



The world's largest repository of lyrics translations

## Join us

It's free, you can add, request
translations, and see no ads.

All artists    A    B    C    D    E

F    G    H    I    J    K    L

✕



English

Contact us                    Privacy Policy                    Copyrights                    Privacy Settings

© 2008-2026 LyricsTranslate.com

