# EXHIBIT E

Here's an English translation of the lines you provided (from Zulu), with both **literal** and **smooth/natural** renderings.

---

**Original (Zulu)**
Nants ingonyama bagithi baba
Sithi uhm ingonyama

---

**Literal translation**
- **Nants ingonyama** – *Here comes the lion / There is the lion*
- **bagithi baba** – *they say, father / father* (a respectful address)
- **Sithi uhm ingonyama** – *We say, "oh, the lion"*

---

**Smooth / natural English meaning**
**"Here comes a lion, father.**
**We say, 'Oh, it's a lion.'"**
In context, **"Baba"** is a respectful term (father/elder), and **"uhm"** is simply an expressive vocalization like *"oh"* or *"ah."*
If you'd like, I can also explain the cultural and poetic meaning behind the opening of *Circle of Life*.