# EXHIBIT F



Translate

Sign in

Text | Images | Websites

Xhosa - Detected   English   Span ⌄     ⇄     English   Spanish   Arabi ⌄

Nants ingonyama bagithi baba    ✕

There is a lion, they say, "I am a lion."    ☆

48

Send feedback



History          Saved