Bryan M. Sullivan, State Bar Number 209743
  *bsullivan@earlysullivan.com*
Zachary C. Hansen, State Bar Number 325128
  *zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Defendant
LEARNMORE MWANYENYEKA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEBOHANG MORAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEARNMORE MWANYENYEKA, an individual,<br><br>Defendant. | Case No. 2:26-cv-02795-JLS-AS<br><br>**DECLARATION OF ZACHARY C. HANSEN IN SUPPORT OF MOTION UNDER SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE  AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:  June 26, 2026<br>Time: 10:30 a.m.<br>Ctrm.: 8A<br><br>[*Notice of Motion and Motion; Request for Judicial Notice; Declaration of Learnmore Mwanyenyeka; Declaration of Bryan M. Sullivan; and [Proposed] Order filed and served concurrently herewithwith* ]<br><br>District Judge: Hon. Josephine L. Staton Magistrate Judge: Hon. Alka Sagar |

**HANSEN DECLARATION ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS**

## DECLARATION OF ZACHARY C. HANSEN

I, Zachary C. Hansen, declare as follows:

1.      I am an Attorney within the law firm of Early Sullivan Wright Gizer & McRae LLP, attorneys of record for Defendant Learnmore Mwanyenyeka aka Learnmore Jonasi ("Jonasi") herein.  I submit this declaration in support of Jonasi's Motion Under Section 425.16 Of The California Code Of Civil Procedure  And Motion To Dismiss Pursuant To Rule 12(B)(6) Of The Federal Rules Of Civil Procedure (the "Motion"). This declaration is based on my personal knowledge, and if called as a witness, I could and would competently testify to the matters stated herein.

2.      Pursuant to Central District of California Local Rule 7-3, on March 31, 2026, I caused a meet and confer letter to be sent to Michael A. Younge, counsel of record for Plaintiff at the time, outlining the basis for Jonasi's proposed Motion to Dismiss and asked to schedule a conference call to discuss further.  Attached hereto as **Exhibit "G"** is a true and correct copy of the March 31, 2026 letter.

3.      Thereafter, on April 3, 2026, I sent a follow-up email to Mr. Younge outlining the basis for Jonasi's proposed anti-SLAPP motion.  Attached hereto as **Exhibit "H"** is a true and correct copy of the April 3, 2026 email.

4.      Due to Mr. Younge being out of the country, the Parties agreed to extend the deadline for Jonasi to respond to the Complaint until May 8, 2026, by joint stipulation. On April 20, 2026, counsel for Plaintiff and Jonasi conducted a telephonic meet and confer conference call regarding Jonasi's proposed Motion to Dismiss and anti-SLAPP Motion.  Mr. Younge agreed to amend Plaintiff's Complaint.  However, on April 30, 2026, Mr. Younge informed me that he had been terminated by Plaintiff as his counsel of record and another attorney, identified as Jonathan Fruend, had been retained and would contact me.  As of the filing of the Motion, I have not been contacted by any attorney on behalf of Plaintiff and thus to avoid waiving any of my

5846600.1

2

**HANSEN DECLARATION ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS**

clients' rights and defenses, we decided to proceed with the timely filing of the Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2026, at Summit, New Jersey.

_____
Zachary C. Hansen

3

**HANSEN DECLARATION ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS**