# EXHIBIT H

| | |
|---|---|
| **From:** | Zachary Hansen |
| **To:** | "Michael A Younge, Attorney at Law" |
| **Cc:** | Bryan Sullivan; Robie Ann Atienza-Jones; April Wright |
| **Subject:** | RE: Lebohang Morake v. Learnmore Mwanyenyeka (Case No. 2:26-cv-02795) |
| **Date:** | Friday, April 3, 2026 7:52:00 AM |

Hi Michael,

In addition to the extension request in my prior email, for the sake of clarity, I want to make clear that our motion to dismiss will include a Special Motion To Strike under California's Anti-SLAPP law against the state law claims of defamation, trade libel, and intentional interference with prospective economic advantage.  There is no dispute that the allegations in the complaint implicate our client's First Amendment rights as set forth in my March 31, 2026 letter and, for the reasons stated in that letter, Plaintiff's defamation, trade libel, and intentional interference with prospective economic advantage claims are fatally defective.  *See Makaeff v. Trump Univ., LLC*, 715 F.3d 254, 261 (9th Cir. 2013); *Planned Parenthood Fed'n of Am., Inc. v. Ctr. for Med. Progress*, 890 F.3d 828, 834 (9th Cir. 2018).  If the special motion succeeds, the defendant is entitled to attorney's fees and costs. Cal. Civ. Pro. Code § 425.16(c).

Zach



**ZACHARY HANSEN** | ASSOCIATE ATTORNEY
Early Sullivan Wright Gizer & McRae LLP
323.301.4660 Main
323.301.4664 Direct
310.701.1860 Mobile
323.301.4676 Fax
6420 Wilshire Blvd., 17th Floor, Los Angeles, CA 90048
zhansen@earlysullivan.com

This message and any attached documents may contain information from the law firm of Early Sullivan Wright Gizer & McRae LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Zachary Hansen
**Sent:** Friday, April 3, 2026 7:28 AM
**To:** 'Michael A Younge, Attorney at Law' <youngelaw@aol.com>; April Wright <awright@earlysullivan.com>
**Cc:** Bryan Sullivan <bsullivan@earlysullivan.com>; Robie Ann Atienza-Jones <rjones@earlysullivan.com>