Bryan M. Sullivan, State Bar Number 209743
  bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for DEFENDANT
LEARNMORE MWANYENYEKA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEBOHANG MORAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEARNMORE MWANYENYEKA, an individual,<br><br>Defendant. | Case No. 2:26-cv-02795-JLS-AS<br><br>**DECLARATION OF BRYAN M. SULLIVAN IN SUPPORT OF MOTION UNDER SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE  AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:  June 26, 2026<br>Time: 10:30 a.m.<br>Ctrm.: 8A<br><br>[*Notice of Motion and Motion; Request for Judicial Notice; Declaration of Learnmore Mwanyenyeka; Declaration of Zachary C. Hansen; and [Proposed] Order filed and served concurrently herewith*]<br><br>District Judge: Hon. Josephine L. Staton Magistrate Judge: Hon. Alka Sagar |

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

5846679.1

**SULLIVAN DECLARATION ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS**

## <u>DECLARATION OF BRYAN M. SULLIVAN</u>

I, Bryan M. Sullivan, declare as follows:

1.     I am a Partner with the law firm of Early Sullivan Wright Gizer & McRae LLP, attorneys of record for Defendant Learnmore Mwanyenyeka aka Learnmore Jonasi ("Jonasi").  I submit this declaration in support of Jonasi's Motion Under Section 425.16 Of The California Code Of Civil Procedure  And Motion To Dismiss Pursuant To Rule 12(B)(6) Of The Federal Rules Of Civil Procedure (the "Motion"). This declaration is based on my personal knowledge, and if called as a witness, I could and would competently testify to the matters stated herein.

2.     Attached as **Exhibit "A"** is to the concurrently filed Request for Judicial Notice In Support Of the Motion ("RJN") is true and correct link to the February 25, 2026 One54 Africa Podcast episode that is the basis of Plaintiff Lebohang Morake's ("Plaintiff") Complaint, which link is https://www.youtube.com/watch?v=1_t_-0nmpLo).

3.     Attached as **Exhibit "B"** to the concurrently filed RJN is a true and correct copy of the January 22, 2018 article from Business Insider entitled "Bet you had no idea what the words mean in the 'Lion King' intro song" which can be found at the following link: www.businessinsider.com/circle-of-life-english-translation-lion-king-2016-7. I caused this to be printed off of the website.

4.     Attached as **Exhibit "C"** to the concurrently filed RJN is a true and correct copy of the July 22, 2019 article from ClassicFM entitled "We translated The Lion King's 'Circle of Life' lyrics into English – and they're not what you'd expect" which can be found at the following link: www.classicfm.com/discover-music/circle-of-life-english-lyrics-lion-king/. I caused this article to be printed off of the website.

5.     Attached as **Exhibit "D"** to the concurrently filed RJN is a true and correct copy of a printout from Lyrics Translate website showing a translation of the Zulu words in the song "Circle of Life" from "The Lion King."  I caused this translation to be done and printed it off of the website.

5846679.1

2

**SULLIVAN DECLARATION ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS**

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

6.      Attached as **Exhibit "E"** to the concurrently filed RJN is a true and correct copy of a printout from Google Translate website showing a translation of the Zulu words in the song "Circle of Life" from "The Lion King."  I caused this translation to be done and printed it off of the website.

7.      Attached as **Exhibit "F"** to the concurrently filed RJN is a true and correct copy of a printout from Microsoft Copilot website showing a translation of the Zulu words in the song "Circle of Life" from "The Lion King."  I caused this translation to be done and printed it off of the website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2026, at Roanoke, Virginia.


_____
Bryan M. Sullivan

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

5846679.1

3

**SULLIVAN DECLARATION ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS**