Docusign Envelope ID: 1548EEF1-1359-48AD-A36A-4647C26A544D

Bryan M. Sullivan, State Bar Number 209743
  *bsullivan@earlysullivan.com*
Zachary C. Hansen, State Bar Number 325128
  *zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for DEFENDANT
 LEARNMORE MWANYENYEKA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEBOHANG MORAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEARNMORE MWANYENYEKA, an individual,<br><br>Defendant. | Case No. 2:26-cv-02795-JLS-AS<br><br>**DECLARATION OF DEFENDANT LEARNMORE MWANYENYEKA AKA LEARNMORE JONASI IN SUPPORT OF MOTION UNDER SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE  AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:  June 26, 2026<br>Time: 10:30 a.m.<br>Ctrm.: 8A<br><br>[*Notice of Motion and Motion; Request for Judicial Notice; Declaration of Bryan M. Sullivan; Declaration of Zachary C. Hansen; and [Proposed] Order filed and served concurrently herewith*]<br><br>District Judge: Hon. Josephine L. Staton<br>Magistrate Judge: Hon. Alka Sagar |

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

5845661.2

MWANYENYEKA **DECLARATION ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS**

### DECLARATION OF LEARNMORE MWANYENYEKA

I, Learnmore Mwanyenyeka, declare as follows:

1.      I am the defendant in this action and I am over the age of 18. I make this declaration in support of Defendant's Motion Under Section 425.16 Of The California Code Of Civil Procedure  And Motion To Dismiss Pursuant To Rule 12(B)(6) Of The Federal Rules Of Civil Procedure (the "Motion"). This declaration is based on my personal knowledge, except where stated on information and belief, and if called as a witness, I could and would competently testify to the matters stated herein.

2.      I am a professional comedian and digital content creator. I perform under the stage name Learnmore Jonasi.

3.      As part of my profession, I perform stand-up comedy and create audiovisual content distributed through live performances, podcasts, social media platforms, and related media. My work is comedic in nature and commonly involves social commentary, satire, exaggeration, and humorous reinterpretation of cultural topics.

4.      On or about February 25, 2026, I appeared as a guest on the One54 Africa Podcast, a publicly available online podcast distributed primarily via YouTube and social media platforms, hosted by Akbar Gbajabiamila and comedian Godfrey Danchimah.

5.      During that podcast appearance, I discussed the opening chant from the song entitled "Circle of Life" from Disney's *The Lion King* (1994 animated film and 2018 live action film) including the lyric "Nants'ingonyama bagithi Baba."

6.      During the podcast, I stated that the lyric literally translates to: "Look, there's a lion. Oh my god." This statement was made as part of my comedy act and was not intended to be understood as a solemn or authoritative linguistic translation.

7.      I was raised in Zimbabwe and speak Zulu conversationally.  It has always been my understanding that the lyric "Nants'ingonyama bagithi Baba" literally translates to "Look, there's a lion. Oh my god."

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
ATTORNEYS AT LAW

8.      My translation is materially consistent with multiple publicly available translations that predate my podcast appearance by several years. For example, a January 22, 2018 article translated the lyric as "Here comes a lion, father, oh yes, it's a lion" (a true and correct copy of this article is attached to the Request for Judicial Notice accompanying the Motion).  A July 22, 2019 article likewise translated the chant as "Here comes a lion, father, oh yes, it's a lion, a lion we're going to conquer, a lion, a lion and a leopard come to this open place" (a true and correct copy of this article is attached to the Request for Judicial Notice accompanying the Motion).  In that same 2019 article, two actors from the live-action film openly remarked on the lyric, describing it as "lazily written" and "not hugely creative."

9.      In addition, publicly available translation tools—including Lyric Translation, Google Translate and Microsoft Copilot—translate the lyric in materially similar terms to the translation I gave on the podcast (true and correct copies of these results are attached  to the Request for Judicial Notice accompanying the Motion).

10.     My discussion of that lyric was delivered in the same comedic tone and persona that characterizes my public performances and was intended as humor.  My comments were comedic commentary about a lyric that has long been the subject of public discussion and how there is a literal translation for the lyric.

11.     At no point did I represent myself as a linguistic scholar, cultural historian, or expert in isiZulu or isiXhosa language traditions, nor did I claim that my statement was definitive or authoritative cultural translation.

12.     My statements on the podcast did not assert that Plaintiff's artistic interpretation was false, illegitimate, or fraudulent, nor did I claim any exclusive authority over the cultural or artistic meaning of the lyric. Indeed, I never mentioned Plaintiff personally in the Podcast.

13.     Following the podcast episode, brief clips were circulated on social media, where they were consumed by a broad audience. I did not control how third parties edited, captioned, or redistributed those clips.

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

14. After the podcast gained attention online, Plaintiff contacted me through Instagram direct messages. In that conversation, Plaintiff disagreed with my comedic translation and provided his own interpretation of the lyrics.

15. Plaintiff alleges that I impacted his business and reputation, but I did not intend to harm Plaintiff, misrepresent his work, or interfere with his professional relationships.  In fact, I do not know anything about Plaintiff's current business activities or current contracts or potential deals.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 1, 2026, at Seattle, Washington.

Signed by:



71E7AA1623E0468

Learnmore Mwanyenyeka



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

5845661.2

4

MWANYENYEKA **DECLARATION ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS**