Freundlegal
Jonathan D. Freund (SBN 157357)
    *jonathan@freundlegal.com*
Craig A. Huber (SBN 159763)
    *Craig@freundlegal.com*
9229 Sunset Blvd., Suite 303
West Hollywood, CA 90069
Telephone: 310-247-2165

Attorney for Plaintiff,
    Lebohang Morake

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lebohang Morake, ) | |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| vs. ) | FOR PLAINTIFF TO FILE FIRST |
| ) | AMENDED COMPLAINT |
| Learnmore Mwanyenyeka, ) | |
| ) | [PROPOSED] ORDER |
| Defendant. ) | |

WHEREAS Plaintiff Lebohang Morake ("Plaintiff") filed his Complaint in this matter against Defendant Learnmore Mwanyenyeka ("Defendant") on March

1

16, 2026 (Dkt. No. 1) and the parties Stipulated to extend the time within which Defendant would response to the Complaint up to and including May 8, 2026 (Dkt. No. 12);

WHEREAS Defendant filed his timely Notice of Motion to Dismiss the Complaint pursuant to FRCP Rule 12(b)(6) along with a anti-SLAPP Motion on May 5, 2026, directed to Plaintiff's state law claims and accordingly, pursuant to Federal Rule 15(a)(1)(A)-(B) as well as Judge Station's Standing Rule 9a., Plaintiff's time to amend his complaint "as a matter of right" expires on May 26, 2026;

WHEREAS the Court issued an Order approving of Mr. Freund's law firm substituting into this case on behalf of Plaintiff on May 8, 2026 (Dkt. No. 15) and new counsel for Plaintiff has sought diligently to gather the file materials, communicate with Plaintiff (which has been challenging in view of Mr. Lebo being out of the country) and formulate Plaintiff's response to Defendants Motion;

WHEREAS Plaintiff needs additional time to prepare and file his First Amended Complaint has requested an extension to file the same from defense counsel and defense counsel has agreed;

It is therefore STIPULATED as follows:

2

1. Plaintiff shall up to and including June 8, 2026 to file his First Amended Complaint as a matter of right pursuant to FRCP 15(a)(1)(A)-(B) as well as Judge Station's Standing Rule 9a;

2. Defendant's time to respond to the First Amended Complaint shall run from the service of the First Amended Complaint; and

3. Defendant's pending Motions to Dismiss and Strike shall remain on calendar until such time as Defendant has reviewed the First Amended Complaint and will determine at that time whether the pending motions have been rendered moot.

SO STIPULATED.

Dated:      May 26, 2026

Freundlegal

/s/ Jonathan D. Freund_____
Jonathan D. Freund,
Plaintiff's Counsel


Early Sullivan Wright Gizer & McRae LLP

/s/ Zachary C. Hansen_____
BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676
*Attorneys for Defendant*
*Learnmore Mwanyenyeka*