# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Lebohang Morake,                            )
                                            )
                            Plaintiff,      )
                                            )   [PROPOSED] ORDER RE:
vs.                                         )   STIPULATION TO EXTEND TIME
                                            )   FOR PLAINTIFF TO FILE FIRST
Learnmore Mwanyenyeka,                      )   AMENDED COMPLAINT
                                            )
                            Defendant.      )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )

The Court, having reviewed the Stipulation between Plaintiff and Defendant to extend the time within which Plaintiff may file his First Amended Complaint as a matter of right pursuant to Federal Rule 15(a)(1)(A)-(B) and the Court finding GOOD CAUSE, it is HEREBY ORDERED AS FOLLOWS:

1.      Plaintiff Lebohang Morake shall have up to and including June 8, 2026 to file his First Amended Complaint;

2.      Defendant's time to respond to Plaintiff's amended pleading shall run from the date of service.; and

3.     The hearing on Defendant's Rule 12(b)(6) Motion to Dismiss and Special Motion to Strike (anti-SLAPP) shall remain on calendar for June 26, 2026.

IT IS FURTHER ORDERED:

_____

_____

_____

SO ORDERED.


Dated: _____          _____
                                   Hon. Josephine L. Staton,
                                   U.S. District Judge presiding