**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEBOHANG MORAKE,<br><br>           Plaintiff,<br><br>    v.<br><br>LEARNMORE MWANYENYEKA,<br><br>           Defendant. | Case No.:    2:26-cv-02795-JLS-AS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT (Doc. 16)**<br><br>**ORDER RE PENDING MOTION TO DISMISS** |

The Court, having reviewed the Stipulation to Extend Time for Plaintiff to File First Amended Complaint (Doc. 16), and finding good cause, GRANTS the Stipulation and ORDERS as follows:

1.     Plaintiff Lebohang Morake shall have up to and including **June 8, 2026** to file his First Amended Complaint ("FAC");

2.     Defendant's time to respond to Plaintiff's amended pleading shall run from the date of service of the FAC.

3.     Because it addresses the original Complaint, the pending Motion to Dismiss (Doc. 13) will be mooted upon the filing of the FAC.  After reviewing the FAC, Defendant may re-notice and file an amended motion to dismiss (in accordance with the Court's civil motion procedure) directed toward the FAC.

Dated:  June 03, 2026

# JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2