Bryan M. Sullivan, State Bar Number 209743
  bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Defendant
LEARNMORE MWANYENYEKA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEBOHANG MORAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEARNMORE MWANYENYEKA, an individual,<br><br>Defendant. | Case No. 2:26-cv-02795-JLS-AS<br><br>**DECLARATION OF ZACHARY C. HANSEN IN SUPPORT OF DEFENDANT LEARNMORE MWANYENYEKA'S MOTION TO DISMISS PLAINTIFF LEBOHANG MORAKE'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:  August 21, 2026<br>Time: 10:30 a.m.<br>Ctrm.: 8A<br><br>[*Notice of Motion and Motion to Dismiss; and [Proposed] Order filed and served concurrently herewith*]<br><br>District Judge: Hon. Josephine L. Staton<br>Magistrate Judge: Hon. Alka Sagar |

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

5851240.1

**HANSEN DECLARATION ISO MOTION TO DISMISS**

## DECLARATION OF ZACHARY C. HANSEN

I, Zachary C. Hansen, declare as follows:

1.     I am an Attorney within the law firm of Early Sullivan Wright Gizer & McRae LLP, attorneys of record for Defendant Learnmore Mwanyenyeka aka Learnmore Jonasi ("Jonasi") herein.  I submit this declaration in support of Jonasi's Motion To Dismiss Plaintiff Lebohang Morake's ("Plaintiff") First Amended Complaint Pursuant To Rule 12(B)(6) Of The Federal Rules Of Civil Procedure (the "Motion"). This declaration is based on my personal knowledge, and if called as a witness, I could and would competently testify to the matters stated herein.

2.     Pursuant to Central District of California Local Rule 7-3, on June 11, 2026, my office sent a letter on my behalf to Jonathan D. Freund, Esq. and Craig A. Huber, Esq., counsel of record for Plaintiff, outlining the basis for Jonasi's proposed Motion to Dismiss and asked to schedule a conference call no later than June 15, 2026 to discuss further.  A true and correct copy of the meet and confer letter is attached hereto as **Exhibit "A"**.

3.     On June 17, 2026, Mr. Freund and I conducted a telephonic conference call pursuant to Local Rule 7-3 regarding the instant Motion, however despite good faith efforts, a resolution to avoid Jonasi's filing of this Motion was unable to be reached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 22, 2026, at Summit, New Jersey.

_____
Zachary C. Hansen



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

5851240.1

2

**HANSEN DECLARATION ISO MOTION TO DISMISS**