# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lebohang Morake <br><br> Plaintiff(s) <br><br> v. <br><br> Learnmore Mwanyenyeka <br><br> Defendant(s). | CASE NUMBER <br><br> 2:26-cv-02795-JLS <br><br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [22]** |

☒ The Court hereby orders that the request of:

Lebohang Morake        ☒Plaintiff ☐Defendant ☐Other _____
Name of Party

☒ to substitute    Michael A Younge                who is

☒ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

24881 Alicia Parkway, Suite E541
Street Address

Laguna Hills, CA 92653                    youngelaw@aol.com
City, State, Zip                          E-Mail Address

714-299-7406            714-276-1443            170929
Telephone Number        Fax Number              State Bar Number

As attorney of record instead of    Jonathan Freund; Craig Huber
List **_all_** attorneys from same firm or agency who are withdrawing.

**Is hereby ☒ GRANTED ☐ DENIED**

☒ The Court hereby orders that the request of:    Jonathan Freund; Craig Huber
List **_all_** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for    Lebohang Morake

**Is hereby ☒ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **July 9, 2026**

J O S E P H I N E   L .   S T A T O N
U.S. District Judge

G-01 Order (02/24)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY        Page 1 of 1