Michael A Younge (SBN 170929)
LAW OFFICE OF MICHAEL A YOUNGE
24881 Alicia Parkway, Suite E541
Laguna Hills, CA 92653
Telephone (714) 299-7406
Facsimile (714) 276-1443
Email: youngelaw@aol.com

Attorney for Plaintiff
Lebohang Morake

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lebohang Morake, | ) Case No.: 2:26-cv-02795 |
| Plaintiff, | ) |
| vs. | ) |
| Learnmore Mwanyenyeka, | ) **STIPULATION TO DISMISS** |
| Defendant. | ) **ENTIRE ACTION WITHOUT** |
| | ) **PREJUDICE** |

## 1.  RECITAL

This action was filed on March 16, 2026, pursuant to the Complaint of the Plaintiff. The parties have fully discussed the matter and agree to voluntarily dismiss this action without prejudice.

## 2.  STIPULATION

The parties stipulate and agree that this action is voluntarily dismissed without prejudice. The dismissal shall be effective immediately upon entry of the Order, however such dismissal shall in no way waive or otherwise impact Defendant Learnmore Mwanyenyeka's right to file an attorneys' fee motion under California Code of Civil Procedure § 425.16(c) following such dismissal. Defendant reserves all rights with respect to any other available remedies.

**SO STIPULATED**.

Dated: July 10, 2026

*/s/Michael A Younge*
Michael A Younge, Attorney at Law
Plaintiff's Counsel

Early Sullivan Wright Gizer & McRae LLP
*/sZachary C. Hansen*
Zachary C. Hansen, Esq.
BRYAN M. SULLIVAN (State Bar No. 209743) bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128) zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676
Attorneys for Defendant
Learnmore Mwanyenyeka