JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lebohang Morake, | ) Case No.: 2:26-cv-02795-JLS |
| | ) |
| Plaintiff, | ) **ORDER GRANTING** |
| vs. | ) **STIPULATION FOR DISMISSAL** |
| | ) **OF ENTIRE ACTION WITHOUT** |
| Learnmore Mwanyenyeka, | ) **PREJUDICE  [24]** |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the stipulation of the parties, the Court hereby dismisses this action without prejudice, however such dismissal shall in no way waive or otherwise impact Defendant Learnmore Mwanyenyeka's right to file an attorneys' fee motion under California Code of Civil Procedure § 425.16(c) following such dismissal. Defendant reserves all rights with respect to any other available remedies.

**IT IS SO ORDERED**

Dated: July 10, 2026

*Josephine L. Staton*

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE