Michael A Younge (SBN 170929)
LAW OFFICE OF MICHAEL A YOUNGE
24881 Alicia Parkway, Suite E541
Laguna Hills, CA 92653
Telephone (714) 299-7406
Facsimile (714) 276-1443
Email: youngelaw@aol.com

Attorney for Plaintiff
Lebohang Morake

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lebohang Morake,<br><br>                              Plaintiff,<br><br>vs.<br><br>Learnmore Mwanyenyeka,<br><br>                              Defendant. | ) Case No.: 2:26-cv-02795<br>)<br>) **DECLARATION OF MICHAEL A**<br>) **YOUNGE IN SUPPORT OF**<br>) **PLAINTIFF'S OPPOSITION TO**<br>) **DEFENDANT'S MOTION FOR**<br>) **ATTORNEY FEES PURSUANT TO**<br>) **CCP 425.16(c)(1)**<br>) **RE: EXHIBIT A**<br>)<br>) **Date: August 28, 2026**<br>) **Time: 10:30 AM**<br>) **Ctrm: 8A**<br>)<br>) District Judge: Hon. Josephine L. Staton<br>  Magistrate Judge: Hon. Alka Sagar |

1

I, Michael A Younge, declare if called as a witness, I would testify to the following based on my own personal knowledge.

1.  I am the attorney for the Plaintiff in the within action.

2.  I have filed Exhibit A with the court which is Defendant's GOFUNDME page where as of Mar 26, Defendant received $28,240 from GOFUNDME.

3.  This page was accessed from www.gofundme.com by inserting the name Learnmore Mwanyenyeka.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true. Executed this 6th day of August 2026 at Laguna Hills, California.

Michael A young

Michael A Younge, Declarant   .

## CERTIFICATE OF SERVICE

I, Michael A Younge, hereby certify that on this 6th day of August 2026, a copy of the foregoing **DECLARATION OF MICHAEL A YOUNGE RE EXHIBIT A** was served via email, on the following:

Brian M Sullivan, Esq.
Zachary Hansen, Esq.
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90028
Email: zhansen@earlysullivan.com
bsullivan@earlysullivan.com


Attorneys for Defendant
Learnmore Mwanyenyeka

Dated: August 6, 2026
*/s/Michael A Younge*
Michael A Younge, Attorney for Plaintiff