UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-02795-JLS-AS Date: August 26, 2026
Title: Lebohang Morake v. Learnmore Mwanyenyeka

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER (1) REQUIRING SUPPLEMENTAL DECLARATION RE: MOTION FOR ATTORNEYS' FEES (Doc. 26), AND (2) VACATING HEARING ON MOTION FOR ATTORNEYS' FEES (Doc. 26)**

Defendant Learnmore Mwanyenyeka has filed a motion to recover attorneys' fees and costs expended in litigating his anti-SLAPP Motion. (Mot., Doc. 26.) Judge Staton's Procedures Page requires that any motion for attorneys' fees be accompanied by a spreadsheet detailing counsel's tasks and the fee charged for each task. (*See* Judge Staton's Procedures Page § 26 (incorporated by Standing Order at 2, Doc. 9).) Defendant has provided no such spreadsheet here. Defendant is therefore ORDERED to file on the docket a declaration of counsel, attaching a spreadsheet that includes all information mandated by § 26 of Judge Staton's Procedures Page. Defendant's counsel shall email to chambers the same spreadsheet in Excel format. Defendant shall make his submissions no later than **August 28, 2026**.

The hearing on Defendant's motion for attorneys' fees, which is set for August 28, 2026, at 10:30 a.m., is VACATED. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Upon receipt of Defendant's response to this Order, the motion for attorneys' fees will be taken

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-02795-JLS-AS Date: August 26, 2026
Title: Lebohang Morake v. Learnmore Mwanyenyeka

under submission. Failure to timely submit the spreadsheet shall result in a denial of the motion.

Initials of Deputy Clerk: kd