Bryan M. Sullivan, State Bar Number 209743
*bsullivan@earlysullivan.com*
Zachary C. Hansen, State Bar Number 325128
*zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendant
LEARNMORE MWANYENYEKA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LEBOHANG MORAKE, an individual,

Plaintiff,

vs.

LEARNMORE MWANYENYEKA, an individual,

Defendant.

Case No. 2:26-cv-02795-JLS-AS

**SUPPLEMENTAL DECLARATION OF BRYAN M. SULLIVAN IN SUPPORT OF DEFENDANT LEARNMORE MWANYENYEKA'S MOTION FOR ATTORNEY'S FEES INCURRED IN CONNECTION WITH ANTI-SLAPP MOTION**

Date: August 28, 2026
Time: 10:30 a.m.
Ctrm.: 8A

District Judge: Hon. Josephine L. Staton
Magistrate Judge: Hon. Alka Sagar

**SUPPLEMENTAL DECLARATION OF BRYAN M. SULLIVAN**

I, Bryan M. Sullivan, declare as follows:

1. I am a partner of the law firm Early Sullivan Wright Gizer & McRae LLP and counsel of record for Defendant Learnmore Jonasi in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this Supplemental Declaration in response to the Court's August 26, 2026 Minute Order requesting compliance with the Court's Procedures Page § 26 which requires that any motion for attorneys' fees be accompanied by a spreadsheet detailing counsel's tasks and the fee charged for each task. I apologize to the Court for not submitting this required spreadsheet with the Motion.

3. Attached hereto as **Exhibit A** is the required spreadsheet that shows the fees charged for the work performed by Zach Hansen, Esq., and myself on Mr. Jonasi's Motion Under Section 425.16 Of The California Code Of Civil Procedure (the "Anti-SLAPP Motion") and Motion For Attorney's Fees Incurred In Connection With Anti-SLAPP Motion (the "Anti-SLAPP Fee Motion") (the Anti-SLAPP Motion and Anti-SLAPP Fee Motion shall be collectively referred to as the "Anti-SLAPP Issues"). Exhibit A shows both the total hours and fees relating to the Anti-SLAPP Issues at the lower rates actually charged to Mr. Jonasi (I charged $0.00 per hour for this matter and Mr. Hansen charged $250 per hour for this matter) for the reasons explained in my July 13, 2026 declaration (Dkt No. 26-1) as well as the total fees that Mr. Jonasi would have incurred had we charged Mr. Jonasi my normal rate of $850 per hour and Mr. Hansen's normal rate of $475 per hour.

4. I prepared Exhibit A by reviewing the invoices and time entries for this matter and identifying the specific charges for the Anti-SLAPP Issues. I only included the time clearly spent on the Anti-SLAPP Issues.

5. At the rates Mr. Jonasi was actually charged, the total fees for the work on the Anti-SLAPP Issues was $5,350. Had I charged Mr. Jonasi mine and Mr.

Hansen's normal rates, the total fees for the work on the Anti-SLAPP Issues would have been $45,935.

6. There was a significant increase in the anticipated costs of the reply in support of the Anti-SLAPP Fee Motion because of Plaintiff sending a letter regarding a proposed Rule 11 motion for sanctions against myself and Mr. Hansen for making what Plaintiff described as a frivolous Anti-SLAPP Fee Motion based on specious arguments of jurisdiction and mootness that are not normally raised in opposition to a fee motion under California's anti-SLAPP statute. That letter, the specious arguments made therein, and the subsequent meet and confer required Mr. Hansen and I to do significantly more work than anticipated in my July 13, 2026 declaration.

7. Notably, the hours identified in Exhibit A are approximately 47% of the total hours spent on this case. Through yesterday, I billed a total of 76.8 hours and Mr. Hansen billed a total of 52.2 to the case for a total of 129 hours.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 28, 2026, at Los Angeles, California.

/s/ Bryan M. Sullivan

Bryan M. Sullivan

## CERTIFICATE OF SERVICE

I, Robie Ann Atienza-Jones, hereby certify that on this 28th day of August, 2026, a copy of the foregoing **SUPPLEMENTAL DECLARATION OF BRYAN M. SULLIVAN IN SUPPORT OF DEFENDANT LEARNMORE MWANYENYEKA'S MOTION FOR ATTORNEY'S FEES INCURRED IN CONNECTION WITH ANTI-SLAPP MOTION** was served via email, on the following:

Michael A Younge
LAW OFFICE OF MICHAEL A. YOUNGE
24881 Alicia Parkway, Suite E541
Laguna Hills, CA 92653
Tel: (714) 299-7406
Fax: (714) 276-1443
*Email: youngelaw@aol.com*

*Attorneys for Plaintiff*
*Lebohang Morake*

*/s/ Robie Ann Atienza-Jones*
Robie Ann Atienza-Jones
An employee of EARLY SULLIVAN WRIGHT GIZER & McRAE LLP