# EXHIBIT A

*Lebohang Morake v. Lesmore Mwanyenyeka*

**United States District Court Case No.: 2:26-cv-02795-JLS-AS**

| Date | Timekeeper | Task Description | Hours Worked | Special Hourly Rate | Total Charges at Special Rate | Regular Hourly Rate | Total Charges at Regular Rate |
|---|---|---|---|---|---|---|---|
| 4/3/2026 | Bryan Sullivan | DRAFT ANTI-SLAPP MOTION | 1.8 | $0.00 | $0.00 | $850.00 | $1,530.00 |
| 4/3/2026 | Zachary Hansen | PERFORMED RESEARCH INTO ANTI-SLAPP MOTION APPLICABILITY IN FEDERAL COURT AND RELATED PROCEDURES | 0.7 | $250.00 | $175.00 | $850.00 | $595.00 |
| 4/6/2026 | Bryan Sullivan | FACTUAL INVESTIGATION RE TRANSLATION OF KEY WORDS IN SONG FOR ANTI-SLAPP | 0.6 | $0.00 | $0.00 | $850.00 | $510.00 |
| 4/8/2026 | Bryan Sullivan | LEGAL RESEARCH RE FIRST AMENDMENT DEFENSE | 0.8 | $0.00 | $0.00 | $850.00 | $680.00 |
| 4/10/2026 | Bryan Sullivan | DRAFT ANTI-SLAPP MOTION PRONG ONE | 0.7 | $0.00 | $0.00 | $850.00 | $595.00 |
| 4/13/2026 | Bryan Sullivan | DRAFT ANTI-SLAPP MOTION | 1.7 | $0.00 | $0.00 | $850.00 | $1,445.00 |
| 4/20/2026 | Zachary Hansen | PLANNED AND PREPARED FOR MEET AND CONFER CONFERENCE CALL WITH OPPOSING COUNSEL REGARDING OUR PROPOSED MOTION TO DISMISS AND ANTI-SLAPP MOTION BY REVIEWING OUR MEET AND CONFER LETTER, THEIR COMPLAINT AND RESEARCH | 1.2 | $250.00 | $300.00 | $850.00 | $1,020.00 |
| 4/20/2026 | Zachary Hansen | CONDUCTED MEET AND CONFER CONFERENCE CALL WITH OPPOSING COUNSEL REGARDING OUR MOTION TO DISMISS AND ANTI-SLAPP MOTION | 0.4 | $250.00 | $100.00 | $850.00 | $340.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/20/2026 | Zachary Hansen | PERFORMED RESEARCH INTO ANTI-SLAPP APPLICATION TO THESE FACTS AND PROCEDURES REGARDING TIMELINE FOR ANTI-SLAPP MOTION | 1.3 | $250.00 | $325.00 | $850.00 | $1,105.00 |
| 4/24/2026 | Bryan Sullivan | REVIEW AND REVISE AND EDIT ANTI-SLAPP MOTION | 1.9 | $0.00 | $0.00 | $850.00 | $1,615.00 |
| 4/24/2026 | Zachary Hansen | CONDUCTED CONFERENCE CALL WITH OPPOSING COUNSEL REGARDING AMENDMENT TO THE COMPLAINT AND SETTLEMENT PROPOSAL | 0.3 | $250.00 | $75.00 | $850.00 | $255.00 |
| 4/27/2026 | Bryan Sullivan | DRAFT LEARNMORE JONASI DECLARATION | 2.2 | $0.00 | $0.00 | $850.00 | $1,870.00 |
| 4/29/2026 | Zachary Hansen | REVIEW AND REVISING ANTI-SLAPP MOTION AND MOTION TO DISMISS, AS WELL AS FILLING IN CITATIONS | 3.8 | $250.00 | $950.00 | $850.00 | $3,230.00 |
| 4/30/2026 | Bryan Sullivan | REVIEW AND REVISE AND EDIT LEARNMORE JONASI DECLARATION | 0.4 | $0.00 | $0.00 | $850.00 | $340.00 |
| 5/1/2026 | Bryan Sullivan | REVIEW AND REVISE AND EDIT ANTI-SLAPP | 0.9 | $0.00 | $0.00 | $850.00 | $765.00 |
| 5/1/2026 | Zachary Hansen | DRAFTED MY DECLARATION IN SUPPORT OF THE ANTI-SLAPP MOTION AND PREPARED CORRESPONDING EXHIBITS FOR MY DECLARATION AND BRYAN SULLIVAN'S DECLARATION | 1.1 | $250.00 | $275.00 | $850.00 | $935.00 |
| 5/1/2026 | Zachary Hansen | DRAFTED THE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE ANTI-SLAPP MOTION | 1.3 | $250.00 | $325.00 | $850.00 | $1,105.00 |
| 5/4/2026 | Bryan Sullivan | REVIEW AND REVISE AND EDIT ANTI-SLAPP/MOTION TO DISMISS AND RELATED DOCUMENTS | 2.6 | $0.00 | $0.00 | $850.00 | $2,210.00 |
| 5/5/2026 | Zachary Hansen | FINALIZING ANTI-SLAPP MOTION AND MOTION TO DISMISS, FINALIZING CITATIONS TO REQUEST FOR JUDICIAL NOTICE AND DECLARATIONS, AND FINAL REVIEW OF THE SAME TO PREPARE FOR FILING | 2.6 | $250.00 | $650.00 | $850.00 | $2,210.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/5/2026 | Zachary Hansen | CONDUCTED CONFERENCE CALL WITH OPPOSING COUNSEL TO PROVIDE NOTICE OF OUR FILING OF THE ANTI-SLAPP MOTION AND MOTION TO DISMISS | 0.2 | $250.00 | $50.00 | $850.00 | $170.00 |
| 5/26/2026 | Zachary Hansen | REVIEW OF VOICEMAIL FROM OPPOSING COUNSEL AND RESEARCHED ANTI-SLAPP BRIEFING SCHEDULE, PRODUCERS RESEACHING PLAINTIFF'S REQUESTED EXTENSION AND CONDUCTED A CONFERENCE CALL WITH BRYAN REGARDING THE SAME | 1.8 | $250.00 | $450.00 | $850.00 | $1,530.00 |
| 6/11/2026 | Bryan Sullivan | DRAFT ANTI-SLAPP FEE MOTION | 3.3 | $0.00 | $0.00 | $850.00 | $2,805.00 |
| 6/16/2026 | Bryan Sullivan | REVIEW AND REVISE AND EDIT BRYAN SULLIVAN DECLARATION FOR FEE MOTION | 1.1 | $0.00 | $0.00 | $850.00 | $935.00 |
| 6/16/2026 | Zachary Hansen | REVIEW AND REVISIONS OF ANTI-SLAPP ATTORNEY'S FEES MOTION | 1.9 | $250.00 | $475.00 | $850.00 | $1,615.00 |
| 6/16/2026 | Zachary Hansen | REVIEW AND REVISIONS OF MEET AND CONFER LETTER FOR ANTI-SLAPP ATTORNEY'S FEES MOTION | 0.2 | $250.00 | $50.00 | $850.00 | $170.00 |
| 6/21/2026 | Bryan Sullivan | REVIEW AND REVISE AND EDIT MEET AND CONFER LETTER RE ANTI-SLAPP FEES | 0.2 | $0.00 | $0.00 | $850.00 | $170.00 |
| 6/22/2026 | Zachary Hansen | REVIEW AND REVISED MEET AND CONFER LETTER FOR ANTI-SLAPP ATTORNEY'S FEES MOTION | 0.2 | $250.00 | $50.00 | $850.00 | $170.00 |
| 7/13/2026 | Bryan Sullivan | EDIT AND FINALIZE ANTI-SLAPP FEE MOTION | 0.8 | $0.00 | $0.00 | $850.00 | $680.00 |
| 7/13/2026 | Bryan Sullivan | EMAIL EXCHANGE RE FILING OF ANTI-SLAPP FEE MOTION | 0.2 | $0.00 | $0.00 | $850.00 | $170.00 |
| 7/13/2026 | Zachary Hansen | FINALIZED MOTION FOR ATTORNEY'S FEES PURSUANT TO CCP 425.16(c) | 2 | $250.00 | $500.00 | $475.00 | $950.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/13/2026 | Zachary Hansen | CONDUCTED MEET AND CONFER CONFERENCE CALL WITH OPPOSING COUNSEL REGARDING OUR ATTORNEY'S FEES MOTION | 0.3 | $250.00 | $75.00 | $475.00 | $142.50 |
| 7/29/2026 | Bryan Sullivan | EMAIL EXCHANGE WITH ZACH HANSEN | 0.1 | $0.00 | $0.00 | $850.00 | $85.00 |
| 7/29/2026 | Bryan Sullivan | REVIEW AND ANALYZE AND EVALUATE MEET AND CONFER LETTER RE RULE 11 | 0.4 | $0.00 | $0.00 | $850.00 | $340.00 |
| 7/29/2026 | Bryan Sullivan | EMAIL EXCHANGE WITH ZACH HANSEN AND MICHAEL YOUNGE | 0.1 | $0.00 | $0.00 | $850.00 | $85.00 |
| 7/30/2026 | Bryan Sullivan | REVIEW AND ANALYZE AND EVALUATE LEGAL RESEARCH RE ANTI-SLAPP FEE MOTION | 0.6 | $0.00 | $0.00 | $850.00 | $510.00 |
| 7/30/2026 | Zachary Hansen | PERFORMED RESEARCH INTO RELEVANT LAW FOR RULE 11 MEET AND CONFER TO OPPOSE EACH BASIS ASSERTED BY PLAINTIFF'S COUNSEL | 1 | $250.00 | $250.00 | $475.00 | $475.00 |
| 7/30/2026 | Zachary Hansen | CONDUCTED MEET AND CONFER CONFERENCE CALL WITH PLAINTIFF'S ATTORNEY AND DRAFTED A COMPREHENSIVE SUMMARY EMAIL OF OUR ARGUMENTS TO OPPOSING COUNSEL | 1.1 | $250.00 | $275.00 | $475.00 | $522.50 |
| 8/7/2026 | Bryan Sullivan | REVIEW AND AND ANALYZE AND EVALUATE OPPOSITION TO MOTION FOR ANTI-SLAPP FEES | 0.6 | $0.00 | $0.00 | $850.00 | $510.00 |
| 8/7/2026 | Bryan Sullivan | EMAIL EXCHANGE RE OPPOSITION TO MOTION FOR ANTI-SLAPP FEES | 0.1 | $0.00 | $0.00 | $850.00 | $85.00 |
| 8/11/2026 | Zachary Hansen | BEGAN DRAFTING REPLY IN SUPPORT OF MOTION FOR ANTI-SLAPP ATTORNEY'S FEES | 4.1 | $0.00 | $0.00 | $475.00 | $1,947.50 |
| 8/12/2026 | Bryan Sullivan | REVIEW AND ANALYZE AND EVALUATE REPLY IN SUPPORT OF ANTI-SLAPP FEES | 1.4 | $0.00 | $0.00 | $850.00 | $1,190.00 |
| 8/12/2026 | Zachary Hansen | FINALIZING REPLY IN SUPPORT OF MOTION FOR ANTI-SLAPP ATTORNEY'S FEES | 5.1 | $0.00 | $0.00 | $475.00 | $2,422.50 |
| 8/13/2026 | Bryan Sullivan | EMAIL EXCHANGE WITH ZACH HANSEN (0.1); REVIEW AND REVISE AND EDIT REPLY (0.6) | 0.7 | $0.00 | $0.00 | $850.00 | $595.00 |
| 8/13/2026 | Zachary Hansen | FINALIZED REPLY IN SUPPORT OF MOTION FOR ANTI-SLAPP ATTORNEY'S FEES | 0.9 | $0.00 | $0.00 | $475.00 | $427.50 |

*Lebohang Morake v. Lannmore Mwanyenyeka*

**United States District Court Case No.: 2:26-cv-02795-JLS-AS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/14/2026 | Bryan Sullivan | EDIT AND FINALIZE REPLY IN SUPPORT OF MOTION FOR ANTI-SLAPP FEES | 0.6 | $0.00 | $0.00 | $850.00 | $510.00 |
| 8/14/2026 | Zachary Hansen | FINALIZED REPLY IN SUPPORT OF MOTION FOR ANTI-SLAPP ATTORNEY'S FEES AND SUPPORTING DOCUMENTS | 0.5 | $0.00 | $0.00 | $475.00 | $237.50 |
| 8/14/2026 | Zachary Hansen | DRAFTED DECLARATION OF ZACHARY HANSEN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR ANTI-SLAPP ATTORNEY'S FEES | 1 | $0.00 | $0.00 | $475.00 | $475.00 |
| 8/24/2026 | Bryan Sullivan | REVIEW AND ANALYZE AND EVALUATE PLEADINGS RE MOTION FOR ATTORNEY FEES | 0.6 | $0.00 | $0.00 | $850.00 | $510.00 |
| 8/26/2026 | Bryan Sullivan | EMAIL EXCHANGE RE COURT ORDER | 0.1 | $0.00 | $0.00 | $850.00 | $85.00 |
| 8/26/2026 | Bryan Sullivan | REVIEW AND ANALYZE AND EVALUATE COURT ORDER | 0.1 | $0.00 | $0.00 | $850.00 | $85.00 |
| 8/26/2026 | Bryan Sullivan | REVIEW AND REVISE AND EDIT REQUIRED SPREADSHEET FOR ATTORNEY'S FEES MOTION | 0.6 | $0.00 | $0.00 | $850.00 | $510.00 |
| 8/26/2026 | Bryan Sullivan | REVIEW AND ANALYZE AND EVALUATE INVOICES | 0.6 | $0.00 | $0.00 | $850.00 | $510.00 |
| 8/26/2026 | Bryan Sullivan | DRAFT BRYAN SULLIVAN SUPPLEMENTAL DECLARATION | 0.4 | $0.00 | $0.00 | $850.00 | $340.00 |
| 8/27/2026 | Bryan Sullivan | EDIT AND FINALIZE REQUIRED SPREADSHEET FOR ATTORNEY'S FEES | 1.3 | $0.00 | $0.00 | $850.00 | $1,105.00 |
| 8/27/2026 | Bryan Sullivan | EDIT AND FINALIZE SUPPLEMENTAL DECLARATION OF BRYAN SULLIVAN | 0.6 | $0.00 | $0.00 | $850.00 | $510.00 |
| | | | **60.5** | **Total:** | $5,350.00 | | $45,935.00 |