Bryan M. Sullivan, State Bar Number 209743
*bsullivan@earlysullivan.com*
Zachary C. Hansen, State Bar Number 325128
*zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendant
LEARNMORE MWANYENYEKA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LEBOHANG MORAKE, an individual,

Plaintiff,

vs.

LEARNMORE MWANYENYEKA, an individual,

Defendant.

Case No. 2:26-cv-02795-JLS-AS

**DEFENDANT LEARNMORE MWANYENYEKA'S PROPOSED JUDGMENT**

District Judge: Hon. Josephine L. Staton
Magistrate Judge: Hon. Alka Sagar

An Order having been entered in this action on August 28, 2026 [Dkt. No. 34], granting Defendant Learnmore Mwanyenyeka's Motion for Attorneys' Fees pursuant to Cal. Code Civ. Proc., 425.16(c), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of Defendant Learnmore Mwanyenyeka and against Plaintiff Lebohang Morake;

2. Attorney's fees in the liquidated sum of **$39,560**, pursuant to the Court's Order entered on August 28, 2026 [Dkt. No. 34]; and

**TOTAL JUDGMENT SUM: $39,560.**

This judgment shall bear post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961.

DATED: September ___, 2026

______________________________
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE