**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEBOHANG MORAKE, an individual,<br>Plaintiff,<br><br>v.<br><br>LEARNMORE MWANYENYEKA, an individual,<br>Defendant. | Case No. 2:26-cv-02795-JLS-AS<br><br>**JUDGMENT** |

An Order having been entered in this action on August 28, 2026 (Doc. 34), granting Defendant Learnmore Mwanyenyeka's Motion for Attorneys' Fees pursuant to Cal. Civ. Proc. Code § 425.16(c),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant Learnmore Mwanyenyeka and against Plaintiff Lebohang Morake in the amount of $39,560.00 for attorneys' fees to be paid to Defendant.

This judgment shall bear post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961.

DATED: September 2, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE