Bryan M. Sullivan, State Bar Number 209743
*bsullivan@earlysullivan.com*
Zachary C. Hansen, State Bar Number 325128
*zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendant
LEARNMORE MWANYENYEKA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEBOHANG MORAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEARNMORE MWANYENYEKA, an individual,<br><br>Defendant. | Case No. 2:26-cv-02795-JLS-AS<br><br>**DEFENDANT LEARNMORE MWANYENYEKA'S NOTICE OF ENTRY OF JUDGMENT**<br><br>District Judge: Hon. Josephine L. Staton<br>Magistrate Judge: Hon. Alka Sagar |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on September 2, 2026, pursuant to the Order of the Court entered on August 28, 2026 (Doc. 34), Judgment is entered in favor of Defendant Learnmore Mwanyenyeka ("Defendant") and against Plaintiff Lebohang Morake ("Plaintiff") in the amount of $39,560.00 for attorneys' fees to be paid to Defendant. This judgment shall bear post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961. Attached hereto as **EXHIBIT A** is a true and correct copy of the Court's Order re Judgment (Doc. 36).

Dated: September 2, 2026

By: ______________________

BRYAN M. SULLIVAN
(State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN
(State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

*Attorneys for Defendant*
*Learnmore Mwanyenyeka*

# CERTIFICATE OF SERVICE

I, Robie Ann Atienza-Jones, hereby certify that on this 2nd day of September, 2026, a copy of the foregoing **DEFENDANT LEARNMORE MWANYENYEKA'S NOTICE OF ENTRY OF JUDGMENT** was served via the PACER/ECF system, on the following:

Michael A Younge
LAW OFFICE OF MICHAEL A. YOUNGE
24881 Alicia Parkway, Suite E541
Laguna Hills, CA 92653
Tel: (714) 299-7406
Fax: (714) 276-1443
*Email: youngelaw@aol.com*

*Attorneys for Plaintiff*
*Lebohang Morake*

*/s/ Robie Ann Atienza-Jones*
Robie Ann Atienza-Jones
An employee of EARLY SULLIVAN WRIGHT GIZER & McRAE LLP